AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*March 24, 2023*
Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Treyveon Dashawn Prater | ) Case No. **4:23-mj-583** |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 1, 2022__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591(a)(1) &(2) and (b)(1) | Sex trafficking of a minor and or with force, fraud or coercion |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Brianna Reese*
Complainant's signature

Brianna Reese, Special Agent
Printed name and title

Sworn to and signed telephonically.

Date: March 24, 2023

Judge's signature

City and state: Bend, OR

Andrew M. Edison, U.S. Magistrate Judge
Printed name and title

**4:23-mj-583**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brianna Reese, being duly sworn, hereby depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since October 2022. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I am currently assigned to the FBI Houston Human Trafficking Task Force (HTTF) and investigate a variety of human trafficking matters to include Violent Crimes Against Children. Prior to this assignment, I was a Special Agent of the United States Secret Service since 2019. I have been trained in the preparation, presentation, and service of criminal arrest and search warrants and have been involved in the investigation of offenses against the United States to include violent crimes against children and human trafficking offenses.

2. This Affidavit is made in support of a criminal complaint charging Treyveon Prater, with violating 18 U.S.C. § 1591(a)(1) and (a)(2), (b)(1) which makes it a crime for someone who benefits, financially, or by receiving anything of value, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

3. I am familiar with the information contained in the Affidavit based upon the investigation that myself and other law enforcement officers have conducted, and any of my conversations with other parties involved in this case.

4. Because the Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this

investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of 18 U.S.C. 1591 has been committed by Treyveon Prater starting from approximately November 21, 2022, through present day. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5. Your Affiant learned the following information by speaking with Houston Police Department (HPD) Detective Jose Rosas, Human Trafficking Division, as well as reviewing all the associated offense reports.

6. On November 29, 2022, Minor Victim 1[1] (MV1), DOB 8/11/2009, currently thirteen years of age, was reported as a runaway by Houston Police Department. On December 8, 2022, HPD recovered MV1 from 9600 Plainfield Street, Houston, Texas 77036. This location is commonly referred to as "The Blade" and is a known prostitution area in Houston, Texas. Upon recovery, MV1 was taken to Texas Children's Hospital for a SANE exam.

7. MV1 provided the following information to HPD Detective Rosas. MV1 was walking the blade because it was "easy money". MV1's friend (First Name Unknown, Last Name Unknown) told MV1 about the blade and educated MV1 on what to do while walking it. MV1 was coached both face to face and over the phone. MV1 has been to the blade three times and has been on four dates with "johns" and engaged in oral sex with them. MV1 usually charges the "johns" $150 in exchange for oral sex. A "john" is a slang term that is used to refer to a prostitute's client or a solicitor of sex.

---

[1] The identification of MV1 is known to law enforcement but is not being disclosed in this document to protect the identity of MV1.

8. In a consensual review of the contents of MV1's cell phone, Detective Rosas reviewed text messages sent to MV1 from a contact saved as "Daddy (king emoji)" with phone number 832-310-0760. The following text messages were sent at 6:43 PM on December 8, 2022. The text messages stated, "just tell them u a runaway" and "U by yourself and delete our message". MV1 was stopped by HPD at approximately 6:39 PM on December 8, 2022. MV1 initially stated that "Daddy" was her fifteen-year-old boyfriend named (Jordan Last Name Unknown) and that the reason why MV1 deleted the previous text messages with him was because MV1 "sends him nudes" and because "they fuck". Daddy is a common term that victims are required to call their pimp.

9. Based upon research into phone number 832-310-0760, "Daddy" was identified by law enforcement as Treyveon Prater (Date of Birth 11/16/1998). Phone number 832-310-0760 is the same phone number that Prater gave to HPD in August of 2022 in a burglary report where he is listed as the complainant. Prater was also logged into MV1's iPhone's iCloud account under his true name, Treyveon Prater. The iPhone was also listed as "Treyveon's iPhone". However, the contact information associated to the iPhone was listed under "Cupcake". Cupcake is the name that MV1 initially gave to the HPD patrol officer when he first approached MV1.

10. Within the Snapchat application on MV1's phone, a thread of saved Snapchat messages were observed by Detective Rosas between Snapchat user "troy_pomp" (identified by law enforcement as Prater's snapchat account) and MV1's snapchat account "kashbaby.nisss" which she was already logged into. Several messages show Prater coaching MV1 on how to be good prostitute. Messages include the following: "make sure you use the condom and send me the hotel when you get there", "ima show u how to

double yo money so by the time u 18/19 u got yo own crib got your own car", "don't forget to handle that stuff for daddy", "okay good, when I pick u up we going straight to the mall to get u a hoe outfit and a jacket we going hard tn.", "This is an old video I found but look at this pimp tryna talk to this hoe u see she keep tryna turn around. She never look at him (100 emoji) that's how u stay loyal to yo pimp."

11. On February 3, 2023, a federal search warrant was served to Snap Inc. for Prater's snapchat account records. Upon return of the federal search warrant from Snap Inc., the following additional Snapchat messages were identified and reviewed by your affiant.

   a. Chats to MV1 from Prater on November 21, 2022: "what website u was on mega? And u make content? Or just sell [unidentified emoji] so far." "gotta know where dem tricks at". *Trick is a slang term used for the activity of prostitution.*

   b. Chats to MV1 from Prater on November 23, 2022: "im knowing but u cant just start working we gotta sit down and I gotta explain to u was going on safety always first no matter what."

   c. Chats to MV1 from Prater on November 30, 2022: "ima lyk before I leave. So we work tn u off tomorrow cause I gotta go bowl then we working all weekend til Sunday. But today we get a couple outfits and wash all your clothes so tomorrow while im at work ima have u putting all yo stuff up neat we gone stay organized till we get a bigger crib w yo own room." "Everything just trust daddy we gone hustle get this money and get u right."

   d. Chats to MV1 from Prater on December 1, 2022: "Always use my king emoji." *Pimps often use the king emoji associated with their name.*

    e. Chats to MV1 from Prater from December 2, 2022: "When u get up take the dogs out for me, clean the room, roll u a blunt and chill." "I need u to find out what u gone wear tn."

12. In addition to the Snapchat messages, a video was found in the "recently deleted" album of MV1's iPhone. This video was taken on December 6, 2022. The video shows MV1 naked in a bathtub in which she appears to be disoriented and intoxicated. In this video, you can hear a male talking to MV1. This male's voice is consistent with Prater's voice in a second video recorded the following day. In this video, it appears that MV1 is recording the video that shows Prater yelling at his dogs and addressing MV1 by MV1's true name.

13. An open-source review of Prater's Instagram page showed multiple posts advertising that he is a pimp, such as the following:

    a. Video posted to Prater's Instagram account "treyveondadon" of Prater stating the following, "Yeah you know what's good for you hoe. You wanna fuck with a nigga with some motion. You wanna listen to a pimp with some instruction. Bitch that fee double hoe. I'm just letting you know. Cause I know you finna look at this story. Don't come up in my story. Don't come up in my dms talkin reckless. We take cash, Cash App, Zelle, Apple Pay, all that hoe. Yeah. That way. The fuck. I don't gotta beat my hoes. My hoes listen. They know what the fuck is going on. You listen or your fired. Its that simple. I don't need no bitch." This video was posted to Prater's Instagram story with the caption, "I'm not captain save a hoe IAN LETTING SHIT SLIDEE [king emoji] [star emoji]".

    b. Prater posted a picture of a female fanning out US currency holding a purse with the caption "trapstars only". The purse in this picture is the same purse MV1 was wearing when she was recovered by HPD. An additional post shows a female with her face covered and bent over in front of Prater with a song attached titled, "I need a 304". "304" is a slang term for "a hoe". This picture is the same picture that MV1 had saved in her Snapchat messages with Prater that he sent to MV1 saying, "always use my king emoji".

## CONCLUSION

14. Based upon the information set forth above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Treyveon Prater with violation of 18 U.S.C. § 1591(a)(1), (b)(1) and (b)(2), which makes it a crime for someone who benefits financially, or by receiving anything of value, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

*Brianna Reese*
Brianna Reese

Signed and sworn to before me telephonically this 24th day of March 2023 and I find probable cause.

Andrew M. Edison
United States Magistrate Judge